# EXHIBIT 5

Exhibit 5 - 001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.                                             Case No. _____

The UNITED STATES OF AMERICA;
*et al.*,

   *Defendants*.

_____/

## **DECLARATION OF KIMBERLY L. THOMAS**

    I, **Kimberly L. Thomas**, pursuant to 28 U.S.C. § 1746, make this unsworn declaration under penalty of perjury under the laws of the United States, declare that the statements made below are true and correct:

    1.    My name is Kimberly L. Thomas. I am employed as Correctional Service Administrator by the Florida Department of Corrections ("FDC").

    2.    As Correctional Service Administrator, I serve as a liaison for FDC with U.S. Immigration and Customs Enforcement ("ICE") concerning the placement and withdrawal of ICE detainers on incarcerated inmates and the scheduling of hearings concerning an inmate's immigration status. An integral part of that role is to determine whether ICE intends to place detainers on particular inmates.

    3.    Attached are true and correct copies of all emails addressed to and received by me regarding either nonplacement or withdrawal of ICE detainers due to the new administration's guidelines as outlined in ICE's 18 February 2021 memorandum titled Interim Guidance: Civil Immigrant Enforcement and Removal Priorities.

    4.    These emails were received by me from employees of ICE and are kept in the course of a regularly conducted business activity of the FDC.

Page **1** of 2

Exhibit 5 - 002

Additionally, these emails are public records of the State of Florida.

5. The foregoing facts are known by me to be true and correct based upon my review of the records. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury under the laws of the United States of America that I have read the foregoing and I confirm that the facts stated herein are true and correct.

*[signature]*
**KIMBERLY L. THOMAS**

Executed on 3/2/2021
DATE

Thomas, Kimberly L

| | |
|---|---|
| **From:** | Burry, Carlo <Carlo.Burry@ice.dhs.gov> |
| **Sent:** | Friday, February 26, 2021 3:56 PM |
| **To:** | Thomas, Kimberly L |
| **Cc:** | Lopez, Jhon J; Capo, Avian J |
| **Subject:** | GOMEZ, JOSE L DC# F30707 |

Good Afternoon Mrs. Thomas,

Per new administration guidelines, ICE will not take any action on subject.

Thank you,

**Carlo Burry**
**Deportation Officer, Criminal Alien Program (CAP State)**
**Miami Field Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
**Desk: 954-843-5833 Cell: 520 858 2727**
**2805 SW 145th Avenue**
**Miramar, FL 33027**



**From:** Capo, Avian J <Avian.J.Capo@ice.dhs.gov>
**Sent:** Friday, February 26, 2021 2:36 PM
**To:** Burry, Carlo <Carlo.Burry@ice.dhs.gov>
**Cc:** Lopez, Jhon J <Jhon.J.Lopez@ice.dhs.gov>
**Subject:** FW: A# 208 137 776

See below Burry

Avian Capo
Supervisory Detention & Deportation Officer, Criminal Alien Program (CAP) State & Federal
ERO Criminal Prosecutions Team
Miami Field Office, Miramar Sub-Office
Enforcement and Removal Operations
U.S. Immigration Customs Enforcement

Exhibit 5 - 004

Thomas, Kimberly L

| | |
|---|---|
| **From:** | Lopez, Jhon J <Jhon.J.Lopez@ice.dhs.gov> |
| **Sent:** | Wednesday, February 24, 2021 5:20 PM |
| **To:** | Thomas, Kimberly L |
| **Cc:** | Garcia, Charles D; Capo, Avian J; Burry, Carlo |
| **Subject:** | RE: Falcon, Alejandro # Y60280 |

Good evening Ms. Thomas,

Per new administration guidelines, ICE will not take any action on subject FALCON, Alejandro, DC# Y60280.

Thank you.

Respectfully,

**JHON LOPEZ**
**Deportation Officer**
**CAP Unit/Miami Field Office**
**Enforcement and Removal Operations (ERO)**
**U.S. Immigration & Customs Enforcement (ICE)**
2805 SW 145th Ave. Miramar, FL 33027
Office (954) 843-5805.  Cell (305) 519-0728. Fax # (954) 843-5894.  Email: jhon.j.lopez@ice.dhs.gov

*Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.* **No portion of this report should be furnished to the media, either in written or verbal form.**

**From:** Thomas, Kimberly L <Kimberly.Thomas@fdc.myflorida.com>
**Sent:** Wednesday, February 24, 2021 3:22 PM
**To:** Lopez, Jhon J <Jhon.J.Lopez@ice.dhs.gov>; Burry, Carlo <Carlo.Burry@ice.dhs.gov>; Capo, Avian J <Avian.J.Capo@ice.dhs.gov>
**Subject:** Re: Falcon, Alejandro # Y60280

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Good afternoon,
Please review and advise if ICE has interest in placing a detainer on the following inmate. TRD: 3/1/2021

Falcon, Alejandro # Y60280
BIRTH: ███████ CUBA
 RACE : WHITE     SEX:  MALE

Thanks,
Kimberly Thomas
Correctional Service Administrator

1

**Exhibit 5 - 005**

Thomas, Kimberly L

| | |
|---|---|
| **From:** | Keaton, Kenneth <Kenneth.Keaton@ice.dhs.gov> |
| **Sent:** | Monday, February 22, 2021 9:41 AM |
| **To:** | Thomas, Kimberly L |
| **Cc:** | Peets, Monica P; Finger, Robert; Betancourt, Richard |
| **Subject:** | No Detainer |

Good morning,
A detainer will not be placed on the Subject below as this case does not meet the current interim civil immigration enforcement priorities issued on January 20, 2021.

PIERRE, Loveson
DC# C90111
A058 844 187

Thank you

*Kenneth L Keaton*
DEPORTATION OFFICER
Miami Field Office, Jacksonville Sub-Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Desk: 904-288-4664 Cell: 850-276-0703

Thomas, Kimberly L

| | |
|---|---|
| **From:** | Keaton, Kenneth <Kenneth.Keaton@ice.dhs.gov> |
| **Sent:** | Thursday, February 18, 2021 11:57 AM |
| **To:** | Thomas, Kimberly L |
| **Cc:** | Peets, Monica P |
| **Subject:** | RE: Mott, Donavan # Y45526 |

This person does not meet the new interim enforcement guidelines at this time, therefore, ICE will not place a detainer.

**From:** Thomas, Kimberly L <Kimberly.Thomas@fdc.myflorida.com>
**Sent:** Thursday, February 18, 2021 11:42 AM
**To:** Keaton, Kenneth <Kenneth.Keaton@ice.dhs.gov>
**Cc:** Peets, Monica P <Monica.P.Peets@ice.dhs.gov>
**Subject:** RE: Mott, Donavan # Y45526

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Good morning,
Please be advised the information has been sent via secure. I need to have an answer as soon as possible because this inmate is at a work release center and he will need to be broke back to a secure facility.

Thanks,
Kimberly Thomas
Correctional Service Administrator
Central Office
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399-2500
Office: (850)488-9167
Direct line: (850) 717-3118
Cell: (850) 491-3935
Fax: (850) 413-0892



**Inspiring Success by Transforming One Life at a Time**

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE:** This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

Exhibit 5 - 007

Thomas, Kimberly L

| | |
|---|---|
| **From:** | Mayer, Travis R <Travis.R.Mayer@ice.dhs.gov> |
| **Sent:** | Wednesday, February 17, 2021 9:10 AM |
| **To:** | Thomas, Kimberly L |
| **Subject:** | Lifted Detainer |
| **Attachments:** | Lifted Detainer REYES.pdf |

Good morning,

Please see attached for a lifted detainer on the below individual. Subject does not meet current enforcement guidelines due to executive order, ICE has no interest in this subject.

DE LOS SANTOS-REYE, LUIS
DC# K07076

Thank you,

*Travis Mayer*
*Deportation Officer*
*ICE/ERO*
*Office: (850) 504-5216*
*Cell: (850) 974-6033*

Thomas, Kimberly L

| | |
|---|---|
| **From:** | Mayer, Travis R <Travis.R.Mayer@ice.dhs.gov> |
| **Sent:** | Tuesday, February 16, 2021 11:54 AM |
| **To:** | Thomas, Kimberly L |
| **Subject:** | Lifted detainer |
| **Attachments:** | Lifted Detainer JEROME, Wanto.pdf |

Good morning,

Please see attached for a lifted detainer on the below individual. Subject currently does not meet our removal criteria due to Executive Order, ICE has no more interest in this subject.

JEROME, Wanto
DC# W17699

*Travis Mayer*
*Deportation Officer*
*ICE/ERO*
*Office: (850) 504-5216*
*Cell: (850) 974-6033*

**Exhibit 5 - 009**

Thomas, Kimberly L

| | |
|---|---|
| **From:** | Mayer, Travis R <Travis.R.Mayer@ice.dhs.gov> |
| **Sent:** | Tuesday, February 16, 2021 9:48 AM |
| **To:** | Thomas, Kimberly L |
| **Subject:** | Lifted Detainer |
| **Attachments:** | Lifted detainer Husejnovic.pdf |

Good morning,

Please see attached for a lifted detainer on the below individual. Subject currently does not meet our removal criteria due to Executive Order, ICE has no more interest in this subject.

HUSEJNOVIC, Dzevad
DC# R86189

*Travis Mayer*
*Deportation Officer*
*ICE/ERO*
*Office: (850) 504-5216*
*Cell: (850) 974-6033*

1

**Exhibit 5 - 010**