UNITED STATES DISTRICT COURT
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STATE OF FLORIDA,

    *Plaintiff,*

v.                                      Case No. 8:21-cv-00541-CEH-SPF

The UNITED STATES OF AMERICA;
*et al.*,

    *Defendants.*

_____/

## **REQUEST FOR ORAL ARGUMENT**

Plaintiff, State of Florida, through undersigned counsel and pursuant to M.D. Fla. L.R. 3.01(h), requests oral argument on Plaintiff's Motion for Preliminary Injunction. In support, Plaintiff states as follows:

1. Plaintiff filed a Motion for Preliminary Injunction ("motion") (D.E. 4) on March 9, 2021.

2. Plaintiff's motion challenges federal agency actions under the Administrative Procedure Act, Immigration and Nationality Act, and U.S. Constitution. Plaintiff seeks oral argument to present to this Court the imminent irreparable harm it will suffer absent preliminary injunctive relief.

3. Plaintiff estimates the total time required for the hearing will not exceed two hours.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ Anita Patel*
James H. Percival* (FBN 1016188)
CHIEF DEPUTY SOLICITOR GENERAL
*Lead Counsel

Jason H. Hilborn (FBN 1008829)
ASSISTANT SOLICITOR GENERAL

Anita Patel (FBN 70214)
SENIOR ASSISTANT ATTORNEY GENERAL

Rachel Kamoutsas (FBN 106869)
DEPUTY GENERAL COUNSEL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com
*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2021 a true and correct copy of the foregoing was filed with the Court's CM/ECF system and furnished by US Mail to:

U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue, NW
Room 1111
Washington, DC 20530

United States Attorney's Office
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602

U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue
Suite 4.4-B
Washington, D.C. 20229
CBP-Service-Intake@cbp.dhs.gov

TROY MILLER,
Acting Commissioner
U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue
Suite 4.4-B
Washington, D.C. 20229
CBP-Service-Intake@cbp.dhs.gov

U.S. Citizenship and Immigration Services
Office of the Chief Counsel
20 Massachusetts Ave. NW
Room 4210
Washington, DC 20529
uscis.serviceofprocess@uscis.dhs.gov

TRACY RENAUD, Acting Director
U.S. Citizenship and Immigration Services
Office of the Chief Counsel
20 Massachusetts Ave. NW
Room 4210
Washington, DC 20529
uscis.serviceofprocess@uscis.dhs.gov

U.S. Dept. of Homeland Security
Office of the General Counsel
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528-0485
OGC@hq.dhs.gov

The Honorable Alejandro Mayorkas,
Secretary of Homeland Security
U.S. Dept. of Homeland Security
Office of the General Counsel
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528-0485
OGC@hq.dhs.gov

| | |
|---|---|
| U.S. Immigration and Customs Enforcement<br>Office of the Principal Legal Advisor<br>500 12th St. S.W., Mail Stop 5900<br>Washington, DC 20536-5900<br>OPLAServiceIntake@ice.dhs.gov | TAE JOHNSON, Acting Director<br>U.S. Immigration and Customs Enforcement<br>Office of the Principal Legal Advisor<br>500 12th St. S.W., Mail Stop 5900<br>Washington, DC 20536-5900<br>OPLAServiceIntake@ice.dhs.gov<br><br>/s/ *Anita Patel*<br>Anita Patel |