UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                             Case No: 8:21-cv-541-CEH-SPF

UNITED STATES OF AMERICA, *et al.*,

    Defendants.
_____/

## ORDER

This cause comes before the Court on the Court's Order to Show Cause, entered on March 15, 2021 (Doc. 16). On March 16, 2021, Plaintiff, State of Florida, filed a Response to the Order to Show Cause (Doc. 17). Upon review of Plaintiff's Response, the Court accepts Florida's Response to the Court's Order to Show Cause and finds that venue in the Middle District of Florida, Tampa Division, has been sufficiently alleged. Accordingly, the Court will take no further action on the Order to Show Cause and it is **DISCHARGED**.

    **DONE AND ORDERED** in Tampa, Florida on March 22, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY