UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

_____

STATE OF FLORIDA, )
)
      Plaintiff, )
)
) No. 8:21-cv-00541-CEH-SPF
v. )
)
The UNITED STATES OF AMERICA, )
et al., )
      Defendants. )
_____ )

UNOPPOSED MOTION OF ADVOCATES FOR VICTIMS OF ILLEGAL ALIEN CRIME FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF THE STATE OF FLORIDA'S MOTION FOR A PRELIMINARY INJUNCTION

This is Advocates for Victims of Illegal Alien Crime ("AVIAC") unopposed motion to file an amicus curiae brief. A copy of AVIAC proposed brief is attached as Exhibit A. Counsel for the parties have consented its filing.

At the district court level, the court has broad discretion to permit the participation of amicus curiae. *Conservancy of Sw. Florida v. U.S. Fish & Wildlife Serv.*, 2010 WL 3603276, at *1 (M.D. Fla. Sept. 9, 2010)

("It is well-settled that a district court has broad discretion to grant the request of a non-party to file an amicus brief.") This Court should exercise its broad discretion and permit AVIAC, as an amicus curiae, to participate in this case because it presents timely and useful information relevant to the dispute and information that is unique from that presented by the parties.

AVIAC is an advocacy organization founded and led by individuals, including Floridians, who have lost family members because of crimes committed by illegal aliens. AVIAC's mission is to be both a source of support for such victims across the country and an advocate for policies that will enforce the nation's immigration laws and prevent government actors from sheltering illegal aliens, particularly criminal aliens, from deportation. AVIAC presents the raw statistics of illegal alien crime. And it put gives a face on these statistics with victims' stories. It also presents legal arguments unique from that being advanced by the parties. AVIAC therefore takes an interest in the case at bar challenging government action that frustrates the enforcement of immigration laws.

Based on the foregoing, AVIAC respectfully requests that this Court grant its unopposed motion for leave to file an amicus brief.

Dated: March 23, 2021

Respectfully submitted,

*/s/ Walter S. Zimolong, Esq.*
Walter S. Zimolong, Esquire
Attorney No. 89151
wally@zimolonglaw.com
P. O. Box 552
Villanova, PA 19085
(215) 665-0842

*/s/ Lorraine G. Woodwark, Esq.*
Lorraine G. Woodwark, Esquire
Attorneys United for a Secure America (AUSA)
25 Massachusetts Avenue NW, Ste 335
Washington, D.C. 20001
(202) 591-0962
LWoodwark@IRLI.org

*Counsel for Amicus Curiae Advocates for Victims of Illegal Alien Crime (AVIAC).*

CERTIFICATE OF SERVICE

I hereby certify the foregoing has been filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Middle District of Florida. I further hereby certify that, in accordance with Fed. R. Civ. P. 5, service has been made upon counsel of record via ECF.

Date: March 23, 2021           BY: */s/ Walter S. Zimolong, Esquire*
                                                  Walter S. Zimolong, Esquire
                                                  wally@zimolonglaw.com
                                                  PO Box 552
                                                  Villanova, PA 19085-0552
                                                  Tele: 215-665-0842