IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

STATE OF FLORIDA,

    *Plaintiff*,

    v.

UNITED STATES OF AMERICA, *et al.*,

    *Defendants*.

Case No. 8:21-cv-541-CEH-SPF

**UNOPPOSED MOTION OF THE AMERICAN CIVIL LIBERTIES UNION AND ACLU OF FLORIDA FOR LEAVE TO FILE BRIEF AS AMICI CURIAE**

The American Civil Liberties Union (ACLU) and ACLU of Florida respectfully request the Court's permission to file the attached brief of amici curiae in opposition to Plaintiff's Motion for a Preliminary Injunction, Dkt. 4.  Both parties have consented in writing to this motion.

**I.**     **Identity and Interests of** *Amici Curiae*

The ACLU is a nationwide, nonpartisan, public interest organization of some 1.7 million members dedicated to protecting the fundamental liberties and basic civil rights guaranteed by U.S. law to all persons.  The ACLU of Florida is the ACLU's state affiliate, and is committed to protecting those same rights and liberties for all persons in Florida.  As part of that commitment, the ACLU of Florida has dedicated substantial resources to organizing a campaign for justice in matters of immigrants' rights affecting our State.  Moreover, amici have extensive experience with the

immigration removal system, and have litigated dozens of cases involving immigration detention—particularly the detention statute at issue in this case, 8 U.S.C. § 1226—as well as attempts by states to increase immigration enforcement. The policies and legal issues in this case are of significant interest to amici and their members.

II.   **Why the Motion Should Be Granted**

The power to permit the filing of a brief by amici curiae lies solely within the broad discretion of the district court. *See Creedle v. Gimenez*, 2017 WL 5159602, at *2 (S.D. Fla. Nov. 7, 2017). District courts determining whether amicus briefing should be allowed focus on "whether the proffered information is 'timely and useful' or otherwise necessary to the administration of justice." *Id*. at *2 (quoting *U.S. ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007)). "Generally, courts have exercised great liberality in permitting an amicus curiae to file a brief in a pending case, and, with further permission of the court, to argue the case and introduce evidence." *United States v. Louisiana*, 751 F. Supp. 608, 620 (E.D. La. 1990).

This case involves claims by the State of Florida that threaten the liberty interests of persons subject to immigration enforcement in Florida and across the country. Amici bring decades of expertise representing immigrants and litigating a variety of issues related to immigration enforcement. In particular, amici have represented the plaintiffs in many of the most significant cases involving immigration detention, including *Demore v. Kim*, 538 U.S. 510 (2003), *Jennings v. Rodriguez*, 138 S.

Ct. 830 (2018), *Preap v. Nielsen*, 139 S. Ct. 954 (2019), and countless other cases in the federal district courts and courts of appeals. This expertise, as reflected in the attached brief, will assist the Court in resolving Florida's claims, which primarily rely on immigration detention statutes. The brief fleshes out several key arguments in this case: that Florida lacks standing to bring suit, that the interim priorities do not violate 8 U.S.C. § 1226(c), that in any event any injunction must be limited to the narrow set of actions that § 1226(c) requires, and that the interim priorities did not require notice and comment. Amici believe these arguments will be useful to the Court in resolving Florida's preliminary injunction motion.

Accordingly, amici respectfully request the Court's leave to file the attached brief.

### III. Local Rule 3.01(g) Certification

Amici have conferred with counsel representing both parties. Both have consented to the filing of the proposed brief.

<div style="display: flex;">

<div>

Dated: March 23, 2021

Spencer E. Amdur*
Cody H. Wofsy*
ACLU Foundation
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-1198
samdur@aclu.org
cwofsy@aclu.org

Omar C. Jadwat*
Michael K.T. Tan*
Anand Balakrishnan*
Noor Zafar*
David Chen*
ACLU Foundation
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2500
ojadwat@aclu.org
mtan@aclu.org
abalakrishnan@aclu.org
nzafar@aclu.org
dchen@aclu.org

*pro hac vice motion forthcoming

</div>

<div>

Respectfully submitted,

/s/ *Amien Kacou*
Amien Kacou (Fla. Bar No. 44302)
ACLU Foundation of Florida, Inc.
4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
Telephone: (813) 288-8390
akacou@aclufl.org

Daniel Tilley (Fla. Bar No. 102882)
ACLU Foundation of Florida, Inc.
4343 W. Flagler St., Suite 400
Miami, FL 33134
Telephone: (786) 363-2700
dtilley@aclufl.org

</div>

</div>

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, I electronically filed the foregoing with the Clerk of Court by using the District Court CM/ECF system. A true and correct copy of this motion has been served via the Court's CM/ECF system on all counsel of record.

<div style="text-align:right">

*/s/ Amien Kacou*
Amien Kacou

</div>