# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

STATE OF FLORIDA,

    *Plaintiff,*

    v.                                  Case No. 8:21-cv-541-CEH-SPF

UNITED STATES OF AMERICA, *et al.*,

    *Defendants.*
_____/

## NOTICE OF FILING SUPPLEMENTAL EXHIBITS TO FLORIDA'S MOTION FOR A PRELIMINARY INJUNCTION

Notice is hereby given of the filing of Exhibits 19 and 20 in support of Plaintiff's Motion for a Preliminary Injunction as granted by this Court's April 2, 2021 Order (Doc. 27). The supplemental exhibits consist of the following:

Exhibit 19 – Declaration of Kimberly L. Thomas with attached emails from ICE, filed as a supplement to Doc. 4-1.

Exhibit 20 – Florida Department of Corrections criminal alien information detail relating to the individuals discussed in Ex. 19, filed as a supplement to Doc. 4-2.

1

Respectfully submitted, this 5th day of April 2021.

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

/s/ Anita Patel
James H. Percival* (FBN 1016188)
CHIEF DEPUTY SOLICITOR GENERAL
*Lead Counsel

Jason H. Hilborn (FBN 1008829)
ASSISTANT SOLICITOR GENERAL

Anita Patel (FBN 70214)
SENIOR ASSISTANT ATTORNEY GENERAL

Rachel Kamoutsas (FBN 106869)
DEPUTY GENERAL COUNSEL

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 5th day of April, 2021.

/s/ Anita Patel
Anita Patel