# EXHIBIT 20

Exhibit 20 - 001

 **Florida Department of Corrections** (http://www.dc.state.fl.us/index.html)

"Inspiring Success by Transforming One Life at a Time"



Ron DeSantis, Governor
Mark S. Inch, Secretary

Offender Search (http://www.dc.state.fl.us/OffenderSearch/InmateInfoMenu.aspx)   Visit an Inmate (http://www.dc.state.fl.us/ci/visit.html)

Correctional Institutions (http://www.dc.state.fl.us/ci/index.html)   Probation Services (http://www.dc.state.fl.us/cc/index.html)

FDC Jobs (http://www.fldocjobs.com/)   Newsroom (http://www.dc.state.fl.us/comm/index.html)

Statistics (http://www.dc.state.fl.us/pub/index.html)

## Corrections Offender Network

### Inmate Population Information Detail

(This information was current as of 3/21/2021)



| | |
|---|---|
| **DC Number:** | 149451 |
| **Name:** | PINEDA-ORTUNO, PABLO |
| **Race:** | HISPANIC |
| **Sex:** | MALE |
| **Birth Date:** | |
| **Initial Receipt Date:** | 10/26/2015 |
| **Current Facility:** | WAKULLA C.I. (http://prod.fdc-wpws001.fdc.myflorida.com/org/facility) |
| **Current Custody:** | CLOSE |
| **Current Release Date:** | 04/28/2021 |

VINELink CLICK HERE for Custody Status Updates (https://www.vinelink.com/vinelink/servlet/SubjectSearch?siteID=10000&agency=900&offenderID=149451)

(Release Date subject to change pending award, gain time forfeiture, or review. A Release Date is to be established pending

Visiting Request Form - Part 1 (http://prod.fdc-wpws001.fdc.myflorida.com/ci/visit/118.pdf)

Visiting Request Form - Part 2 (http://prod.fdc-wpws001.fdc.myflorida.com/ci/visit/DC6-111B.pdf)

How to Apply for Visitation (http://prod.fdc-wpws001.fdc.myflorida.com/ci/visit.html)

**Aliases:**

PABLO PINEDA-ORTUNO

**Current Prison Sentence History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 05/18/2015 | TRAFF AMPH. 28-U/200 GR | 09/30/2015 | POLK | 1503750 | 7Y 0M 0D |

Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction. Please refer to the court documents or the Florida Statutes for further information or definition.

**Detainers:** (Further information may be obtained by contacting the detaining agency)

Exhibit 20 - 002

| Detainer Date | Agency | Type | Date Canceled |
|---|---|---|---|
| 08/01/2016 | ICE JACKSONVILLE | DETAIN | 03/12/2021 |
| 11/18/2015 | JEFFERSON CO SO - TX | DETAIN | 03/08/2016 |
| 11/18/2015 | PH 409-835-8663 | DETAIN | 03/08/2016 |

**Incarceration History:**

| Date In-Custody | Date Out-Custody |
|---|---|
| 10/26/2015 | Currently Incarcerated |

First   Previous   Next   Last   Return to List          New Search          Record: 1 of 1

The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, release date, or other information regarding an inmate.

This database contains public record information on felony offenders sentenced to the Department of Corrections. This information only includes offenders sentenced to state prison or state supervision. Information contained herein includes current and prior offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections.

For questions and comments, you may contact the Department of Corrections, Bureau of Classification and Central Records, at (850) 488-9859 or go to Frequently Asked Questions About Inmates for more information (http://prod.fdc-wpws001.fdc.myflorida.com/ci/index.html). This information is made available to the public and law enforcement in the interest of public safety.

Search Criteria: (http://www.dc.state.fl.us/OffenderSearch/search.aspx?TypeSearch=AI) DC#: 149451 Search Aliases: NO Offense Category: County of Commitment: ALL Current Location: ALL

Return to Corrections Offender Information Network (http://www.dc.state.fl.us/OffenderSearch/InmateInfoMenu.aspx)

**About Us (http://www.dc.state.fl.us/about.html)**

*As Florida's largest state agency, and the third largest prison system in the country, FDC employs 24,000 members, incarcerates approximately 96,000 inmates and supervises nearly 166,000 offenders in the community.*

**Quick Links**

Contact an Inmate (http://www.dc.state.fl.us/ci/ContactInmate.html)
Public Records (http://www.dc.state.fl.us/comm/PRR.html)
Volunteer (http://www.dc.state.fl.us/volunteer/index.html)
File a Complaint (http://www.dc.state.fl.us/apps/IGcomplaint/)
Organization (http://www.dc.state.fl.us/org/orgchart.html)
Regulatory Plan (http://www.dc.state.fl.us/pub/regulatory/2018.pdf)

Victim Services (http://www.dc.state.fl.us/vict/index.html)
Inmate and Offender Programming (http://www.dc.state.fl.us/development/index.html)
Corrections Foundation (https://www.correctionsfoundation.org/)
Parole Information (https://www.fcor.state.fl.us/index.shtml)
Inspector General (http://www.dc.state.fl.us/ig/index.html)
Prison Rape Elimination Act (http://www.dc.state.fl.us/PREA/index.html)

**Contact Us (http://www.dc.state.fl.us/org/contact.html)**

*501 South Calhoun Street*
*Tallahassee, FL 32399-2500*

*Main: (850) 488-5021*

Phone Directory (http://www.dc.state.fl.us/org/contact.html)
Citizen Services (http://www.dc.state.fl.us/citizen/index.html)

**Exhibit 20 - 003**

 (http://www.dc.state.fl.us/index.html)

**Florida Department of Corrections (http://www.dc.state.fl.us/index.html)**

"Inspiring Success by Transforming One Life at a Time"



Ron DeSantis, Governor
Mark S. Inch, Secretary

Offender Search (http://www.dc.state.fl.us/OffenderSearch/InmateInfoMenu.aspx)    Visit an Inmate (http://www.dc.state.fl.us/ci/visit.html)

Correctional Institutions (http://www.dc.state.fl.us/ci/index.html)    Probation Services (http://www.dc.state.fl.us/cc/index.html)

FDC Jobs (http://www.fldocjobs.com/)    Newsroom (http://www.dc.state.fl.us/comm/index.html)

Statistics (http://www.dc.state.fl.us/pub/index.html)

# Corrections Offender Network

**Inmate Population Information Detail**

(This information was current as of 3/21/2021)



| | |
|---|---|
| **DC Number:** | W56185 |
| **Name:** | GASPARPASQUAL, JOSE C |
| **Race:** | WHITE |
| **Sex:** | MALE |
| **Birth Date:** | |
| **Initial Receipt Date:** | 03/18/2019 |
| **Current Facility:** | LAKE CITY C.F. (http://prod.fdc-wpws001.fdc.myflorida.com/org/facility) |
| **Current Custody:** | CLOSE |
| **Current Release Date:** | 06/07/2021 |

VINELink CLICK HERE for Custody Status Updates (https://www.vinelink.com/vinelink/servlet/SubjectSearch?siteID=10000&agency=900&offenderID=W56185)

(Release Date subject to change pending award, gain time forfeiture, or review. A ' Release Date is to be established pending

Visiting Request Form - Part 1 (http://prod.fdc-wpws001.fdc.myflorida.com/ci/visit/219.pdf)

Visiting Request Form - Part 2 (http://prod.fdc-wpws001.fdc.myflorida.com/ci/visit/DC6-111B.pdf)

How to Apply for Visitation (http://prod.fdc-wpws001.fdc.myflorida.com/ci/visit.html)

**Aliases:**

JOSE CARLOS GASPAR-PASCUAL GAS, JOSE CARLOS GASPAR-PASQUAL, JOSE CARLOS GASPARPASCUAL, JOSE C GASPARPASQUAL, JOSE CARLOS GASPARPASQUAL, JOSE CARLOS GASPAR PASCUAL, JOSE CARLOS PASCUAL GASPAR

**Current Prison Sentence History:**

Exhibit 20 - 004

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 01/11/2018 | BURGL UNOCC DWELLING | 02/19/2019 | PALM BEACH | 1800347 | 3Y 6M 0D |
| 01/11/2018 | GR. THEFT $100-300 DWELLING | 02/19/2019 | PALM BEACH | 1800347 | 3Y 6M 0D |
| 06/18/2018 | BURGL UNOCC DWELLING(ATTEMPTED) | 02/19/2019 | PALM BEACH | 1805791 | 3Y 6M 0D |
| 05/10/2018 | BURGL UNOCC DWELLING | 02/19/2019 | PALM BEACH | 1807600 | 3Y 6M 0D |
| 05/10/2018 | GR. THEFT $100-300 DWELLING | 02/19/2019 | PALM BEACH | 1807600 | 3Y 6M 0D |

Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction. Please refer to the court documents or the Florida Statutes for further information or definition.

**Detainers:** (Further information may be obtained by contacting he detaining agency)

| Detainer Date | Agency | Type | Date Canceled |
|---|---|---|---|
| 02/11/2021 | IMMIGRATION JAX | DETAIN | 03/03/2021 |

### Incarceration History:

| Date In-Custody | Date Out-Custody |
|---|---|
| 03/18/2019 | Currently Incarcerated |

First  Previous  Next  Last  Return to List    New Search    Record: 1 of 1

The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, release date, or other information regarding an inmate.

This database contains public record information on felony offenders sentenced to the Department of Corrections. This information only includes offenders sentenced to state prison or state supervision. Information contained herein includes current and prior offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections.

For questions and comments, you may contact the Department of Corrections, Bureau of Classification and Central Records, at (850) 488-9859 or go to Frequently Asked Questions About Inmates for more information (http://prod.fdc-wpws001.fdc.myflorida.com/ci/index.html). This information is made available to the public and law enforcement in the interest of public safety.

Search Criteria: (http://www.dc.state.fl.us/OffenderSearch/search.aspx?TypeSearch=AI) DC#: W56185 Search Aliases: NO Offense Category: County of Commitment: ALL Current Location: ALL

Return to Corrections Offender Information Network (http://www.dc.state.fl.us/OffenderSearch/InmateInfoMenu.aspx)

**About Us (http://www.dc.state.fl.us/about.html)**

*As Florida's largest state agency, and the third largest prison system in the country, FDC employs 24,000 members, incarcerates approximately 96,000 inmates and supervises nearly 166,000 offenders in the community.*

**Quick Links**

Contact an Inmate (http://www.dc.state.fl.us/ci/ContactInmate.html)
Public Records (http://www.dc.state.fl.us/comm/PRR.html)
Volunteer (http://www.dc.state.fl.us/volunteer/index.html)
File a Complaint (http://www.dc.state.fl.us/apps/IGcomplaint)
Organization (http://www.dc.state.fl.us/org/orgchart.html)
Regulatory Plan (http://www.dc.state.fl.us/pub/regulatory/2017)

Victim Services (http://www.dc.state.fl.us/vict/index.html)
Inmate and Offender Programming (http://www.dc.state.fl.us/development/index.html)
Corrections Foundation (https://www.correctionsfoundation.org/)
Parole Information (https://www.fcor.state.fl.us/index.shtml)
Inspector General (http://www.dc.state.fl.us/ig/index.html)
Prison Rape Elimination Act (http://www.dc.state.fl.us/PREA/index.html)

**Contact Us (http://www.dc.state.fl.us/org/contact)**

501 South Calhoun Street
Tallahassee, FL 32399-2500

Main: (850) 488-5021

Phone Directory (http://www.dc.state.fl.us/org/contact.html)
Citizen Services (http://www.dc.state.fl.us/citizen/index.html)

Exhibit 20 - 005

2018.pdf)

Exhibit 20 - 006



**Florida Department of Corrections (http://www.dc.state.fl.us/index.html)**

Ron DeSantis, Governor
Mark S. Inch, Secretary

"Inspiring Success by Transforming One Life at a Time"

Offender Search (http://www.dc.state.fl.us/OffenderSearch/InmateInfoMenu.aspx)

Visit an Inmate (http://www.dc.state.fl.us/ci/visit.html)    Correctional Institutions (http://www.dc.state.fl.us/ci/index.html)

Probation Services (http://www.dc.state.fl.us/cc/index.html)    FDC Jobs (http://www.fldocjobs.com/)

Newsroom (http://www.dc.state.fl.us/comm/index.html)    Statistics (http://www.dc.state.fl.us/pub/index.html)

# Corrections Offender Network

## Inmate Release Information Detail

(This information was current as of 3/16/2021)



| | |
|---|---|
| **DC Number:** | L26472 |
| **Name:** | MATA, WALDO D |
| **Race:** | WHITE |
| **Sex:** | MALE |
| **Birth Date:** | |
| **Custody:** | CLOSE |
| **Release Date:** | 03/16/2021 |

**Stated Residence Upon Release:**

Offender is currently under community supervision
Click here for additional information (http://www.dc.state.fl.us/offenderSearch/detail.aspx?Page=Detail&DCNumber=L26472&TypeSearch=AO&NoP=1)

**Aliases:**

WALDO MATA, WALDO D MATA, WALDO DANY MATA, WALDO DENNY MATA

**Current Prison Sentence History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 07/09/2013 | AGG.STALK-CREDIBLE THREAT | 02/17/2017 | MIAMI-DADE | 1500021 | 2Y 6M 0D |
| 10/02/2014 | AGG.STALK-VIOL.COURT ORDER | 02/17/2017 | MIAMI-DADE | 1500021 | 2Y 6M 0D |

Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction. Please refer to the court documents or the Florida Statutes for further information or definition.

**Detainers:** (Further information may be obtained by contacting the detaining agency)

**Exhibit 20 - 007**

| Detainer Date | Agency | Type | Date Canceled |
|---|---|---|---|
| 02/17/2017 | CS#15021 | NTFY/P&P | 03/16/2021 |
| 03/17/2017 | IMMIGRATION MIAMI | DETAIN | 03/03/2021 |

**Incarceration History:**

| Date In-Custody | Date Out-Custody |
|---|---|
| 03/13/2017 | 03/16/2021 |

First   Previous   Next   Last   Return to List        New Search        Record: 1 of 1

The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, release date, or other information regarding an inmate.

This database contains public record information on felony offenders sentenced to the Department of Corrections. This information only includes offenders sentenced to state prison or state supervision. Information contained herein includes current and prior offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections.

For questions and comments, you may contact the Department of Corrections, Bureau of Admission and Release, at (850) 488-9167 or go to Frequently Asked Questions About Inmates for more information (http://prod.fdc-wpws001.fdc.myflorida.com/ci/index.html). This information is made available to the public and law enforcement in the interest of public safety.

Search Criteria: (http://www.dc.state.fl.us/OffenderSearch/search.aspx?TypeSearch=IR) DC#: L26472 Search Aliases: NO Offense Category: Release Facility: ALL Stated County of Residence Upon Release: ALL County of Commitment: ALL

Return to Corrections Offender Information Network (http://www.dc.state.fl.us/OffenderSearch/InmateInfoMenu.aspx)

**About Us (http://www.dc.state.fl.us/about.html)**

*As Florida's largest state agency, and the third largest prison system in the country, FDC employs 24,000 members, incarcerates approximately 96,000 inmates and supervises nearly 166,000 offenders in the community.*

**Quick Links**

Contact an Inmate (http://www.dc.state.fl.us/ci/ContactInmate.html)
Public Records (http://www.dc.state.fl.us/comm/PRR.html)
Volunteer (http://www.dc.state.fl.us/volunteer/index.html)
File a Complaint (http://www.dc.state.fl.us/apps/IGcomplaint)
Organization (http://www.dc.state.fl.us/org/orgchart.html)
Regulatory Plan (http://www.dc.state.fl.us/pub/regulatoryplan2018.pdf)

Victim Services (http://www.dc.state.fl.us/vict/index.html)
Inmate and Offender Programming (http://www.dc.state.fl.us/development/index.html)
Corrections Foundation (https://www.correctionsfoundation.org/)
Parole Information (https://www.fcor.state.fl.us/index.shtml)
Inspector General (http://www.dc.state.fl.us/ig/index.html)
Prison Rape Elimination Act (http://www.dc.state.fl.us/PREA/index.html)

**Contact Us (http://www.dc.state.fl.us/org)**

*501 South Calhoun Street*
*Tallahassee, FL 32399-2500*
*Main: (850) 488-5021*

Phone Directory (http://www.dc.state.fl.us/org/contact.html)
Citizen Services (http://www.dc.state.fl.us/citizen/index.html)

Exhibit 20 - 008