## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **STATE OF FLORIDA,**<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al.**<br><br>    Defendants. | Case No. 21-cv-541 |

### NOTICE OF SUPPLEMENTAL DECLARATION

On April 2, 2021, the Court granted Plaintiff's motion to file certain supplemental exhibits in support of Plaintiff's preliminary injunction motion. *See* ECF No. 27. The Court stated that "Defendants may file a declaration," not to exceed three pages, "in response to the issues raised by the supplemental exhibits" on or before "5:00 p.m. on Monday April 12, 2021." *Id.*, at 2. Consistent with the Court's instruction, a declaration in response to Plaintiff's supplemental exhibits is appended hereto.

1

| | |
|---|---|
| Dated: April 12, 2021 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Assistant Attorney General |
| EREZ REUVENI<br>Assistant Director<br>U.S. Dept. of Justice, Civil Division<br>Office of Immigration Litigation –<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044 | BRIGHAM J. BOWEN<br>Assistant Branch Director<br><br>/s/ Kuntal Cholera<br>ADAM D. KIRSCHNER<br>BRIAN C. ROSEN-SHAUD<br>MICHAEL F. KNAPP<br>KUNTAL V. CHOLERA<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs<br>Branch 1100 L, NW Washington, DC 20005<br>Tel.: (202) 305-8645<br>Fax: (202) 616-8470<br>Email: kuntal.cholera@usdoj.gov |