UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

     Plaintiff,

v.                                       Case No: 8:21-cv-541-CEH-SPF

UNITED STATES OF AMERICA,
ALEJANDRO MAYORKAS,
UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, TROY
MILLER, UNITED STATES
CUSTOMS AND BORDER
PROTECTION, TAE JOHNSON,
UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT,
TRACY RENAUD and UNITED
STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

     Defendants.

_____/

## O R D E R

This matter comes before the Court upon Plaintiff's Unopposed Motion to Stay Proceedings (Doc. 43), filed on May 20, 2021. In the motion, Plaintiff seeks to stay the trial court proceedings pending resolution of the appeal in this matter in order to conserve resources of the parties and the Court. Defendants do not object to the request. The Court, having considered the motion and being fully advised in the premises, will grant Plaintiff's Unopposed Motion to Stay Proceedings.

Accordingly, it is hereby

**ORDERED**:

1.      Plaintiff's Unopposed Motion to Stay Proceedings (Doc. 43) is GRANTED.

2.      This case is **STAYED** pending resolution of the Plaintiff's appeal of the Court's Order denying the motion for preliminary injunction.

3.      The Clerk is directed to terminate all pending motions and deadlines and administratively close this file.  Upon the expiration of the stay, any party may move to reopen this case and renew any previously pending motions.

**DONE AND ORDERED** in Tampa, Florida on May 24, 2021.

*Charlene Edwards Honeywell*

Charlene Edwards Honeywell
United States District Judge


Copies to:
Counsel of Record and Unrepresented Parties, if any

2