# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STATE OF FLORIDA,

    *Plaintiff,*

v.                                                       Case No. 8:21-cv-541-CEH-SPF

The UNITED STATES OF AMERICA;
*et al.*,

    *Defendants.*
_____/

## **FLORIDA'S NOTICE OF DISMISSAL**

Florida files this notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). "The dismissal is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required." *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990).

As the Eleventh Circuit held, "Florida's appeal [is] moot because the [challenged] policies have been superseded and are no longer in effect." By that same logic, Florida's challenge is moot. Defendants agree. *See* ECF 49 at 2 n.1.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

<u>/s/ James H. Percival</u>
James H. Percival* (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY
*Lead Counsel

Jason H. Hilborn (FBN 1008829)
DEPUTY SOLICITOR GENERAL

Anita Patel (FBN 70214)
SENIOR ASSISTANT ATTORNEY GENERAL

Rachel Kamoutsas (FBN 106869)
DEPUTY GENERAL COUNSEL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties.